IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | No. 1:12CR00258 LJO |
| vs. | ) | ORDER OF RELEASE |
| ANGEL RENE PIEDRA-VASQUES | ) | |
| Defendant. | ) | |

The above named defendant having been sentenced on March 25, 2013, to a period of time served,

IT IS HEREBY ORDERED that the defendant shall be released forthwith. A certified Judgment and Commitment order to follow. This Order in no way addresses any potential or existing Immigration or Deportation issues.

IT IS SO ORDERED.

**Dated:   March 25, 2013**          /s/  Lawrence J. O'Neill
                                   UNITED STATES DISTRICT JUDGE

1