BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>ANGEL RENE PIEDRA-VASQUES, )<br>)<br>Defendant. )<br>_____) | 1:12-cr-00258 LJO-SKO<br><br>MOTION TO DISMISS AND ORDER |

The United States, by and through its undersigned counsel, hereby moves to dismiss the remaining count based on the suppression of evidence.

DATED: March 25, 2013          Respectfully submitted,

                               BENJAMIN B. WAGNER
                               United States Attorney

                          By:  /s/ Karen A. Escobar
                               KAREN A. ESCOBAR
                               Assistant U.S. Attorney

O R D E R

IT IS SO ORDERED.

**Dated:   March 25, 2013         /s/  Lawrence J. O'Neill**
                               UNITED STATES DISTRICT JUDGE

1